```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  DOUGLAS J. BEEVERS, #VI 766
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  JOSE ALFREDO JIMENEZ-CORTEZ
 7
 8
                     IN THE UNITED STATES DISTRICT COURT
 9
                    FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,        )  NO. 2:09-CR-0439 WBS
                                     )
12               Plaintiff,          )
                                     )  STIPULATION AND [PROPOSED] ORDER
13        v.                         )  CONTINUING STATUS CONFERENCE
                                     )
14  JOSE ALFREDO JIMENEZ-CORTEZ,     )  Date:     January 4, 2010
                                     )  Time:     8:30 a.m.
15               Defendant.          )  Judge:    Hon. William B. Shubb
                                     )
16  _____  )
```

17      It is hereby stipulated between the parties, Michael Anderson,

18 Assistant United States Attorney, attorney for plaintiff and Douglas J.

19 Beevers, Assistant Federal Defender, attorney for defendant JOSE

20 ALFREDO JIMENEZ-CORTEZ, that the Status Conference hearing date of

21 December 7, 2009 at 8:30 a.m. be vacated and a new Status Conference

22 hearing date of January 4, 2010, at 8:30 a.m. be set.

23      This continuance is requested because the parties are still

24 investigating the facts and researching the law regarding the proposed

25 Pre-Plea Agreement.

26      It is further stipulated that the period from December 7, 2009,

27 through and including January 4, 2010, should be excluded pursuant to

28 ///

-1-

1  18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4 based upon continuity of
2  counsel and defense preparation.

3  Dated: December 4, 2009           Respectfully submitted,

4                                    DANIEL J. BRODERICK
                                     Federal Defender
5
                                     /s/ Douglas J. Beevers
6                                    _____
                                     DOUGLAS J. BEEVERS
7                                    Assistant Federal Defender
                                     Attorney for Defendant
8                                    JOSE ALFREDO JIMENEZ-CORTEZ

9
   Dated: December 4, 2009           BENJAMIN B. WAGNER
10                                   United States Attorney

11
                                     /s/ Michael Anderson
12                                   _____
                                     MICHAEL ANDERSON
13                                   Assistant U.S. Attorney

14                                **O R D E R**

15      UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
16  ordered that the status conference presently set for December 7, 2009
17  be continued to January 4, 2010, at 8:30 a.m.  Based on the
18  representation of defense counsel and good cause appearing therefrom,
19  the Court hereby finds that the failure to grant a continuance in this
20  case would deny defendant reasonable time necessary for effective
21  preparation, taking into account the exercise of due diligence.  The
22  Court finds that the ends of justice to be served by granting a
23  continuance outweigh the best interests of the public and the defendant
24  in a speedy trial.  It is ordered that time from the date of this
25  Order, to and including the January 4, 2010 status conference, shall be
26  excluded from computation of time within which the trial of this matter
27  must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. §
28  ///

1  3161(h)(7)(B)(iv) and Local Code T-4, to allow defense counsel time to
2  prepare.
3  **IT IS SO ORDERED.**
4  Dated:   December 4, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-3-